# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.P.T., | : | |
| Petitioner, | : | |
| v. | : | Case No. 3:25-cv-00367-SLH-PEO |
| LEONARD ODDO *et al.*, | : | |
| Respondents. | : | |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW VERIFIED PETITION FOR A WRIT OF HABEAS CORPUS WITHOUT PREJUDICE

AND NOW, this ___2nd___ day of ___June_____, 2026, it is hereby

ORDERED that the Motion to Withdraw Verified Petition for a Writ of Habeas Corpus Without

Prejudice is GRANTED; the Verified Petition is withdrawn without prejudice and the case is

dismissed.

_____
~~Hon. Peter E. Ormsby~~ Stephanie L. Haines
United States ~~Magistrate~~ Judge
District